UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| BRENDA A. STOUT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-267 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | | |

## ORDER

On September 22, 2014, United States Magistrate Judge C. Clifford Shirley, Jr. filed a report

and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)

(Court File No. 22). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS**

and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1)     Plaintiff's Motion for Attorney Fees under Equal Access to Justice Act, 28 U.S.C.

§ 2412(d) is **GRANTED** (Court File No. 20);

(2)     A judgment awarding Plaintiff the amount of $2,947.90 for attorney fees is

**ENTERED**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**